IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PAUL P. RUDOLPH,

    Defendant.

No. C 10-80138 MISC JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, the Application and Order for Appearance and Examination, filed on July 7, 2010, is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. If the parties have not received an assignment within fourteen days of the date of this Order, they should contact the Court's courtroom deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: August 31, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani